*E-Filed 6/23/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. LAFLAMME,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW L. CATE, and LIZARRAGA, Warden,<br><br>　　　　Respondents. | No. C 14-2208 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00. His IFP application lacks a certificate of funds signed by an authorized prison officer and a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain (1) the two documents listed above, or (2) full payment for the filing fee. Petitioner's IFP application (Docket No. 4) is DENIED without prejudice. The Clerk shall enter judgment in favor of respondents, terminate Docket No. 4, and close the file.

**IT IS SO ORDERED**.

DATED: June 23, 2014

　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　United States District Judge